REVISED 5/99

**The City of New York** — **EMPLOYEE DIRECT DEPOSIT PAY STATEMENT** — **Payroll Management System**

| ITEM # | PAY PERIOD | | PAYDATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| | 05/16/26 | 05/01/26 | 05/01/26 | 742 | | Z88810082 | 31R028 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | FEDERAL MS | FEDERAL EXEMPT | STATE MS | STATE EXEMPT | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|---|---|
| 979963 | XXXXX0021 | 1 | A | 1 | A | 1 | 1565880 | | MARTINEZ, DONNA |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 1,000.00 | 50.83 | 62.00 | 14.50 | 28.24 | | | 155.57 |
| YEAR TO DATE | 32,690.08 | 3,990.86 | 2,026.78 | 474.01 | 1,548.43 | 0.00 | | NET PAY 844.43 |

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD |
|---|---|---|---|---|
| RETEN BONUS NP | | | | 1,000.00 |

EARNINGS DATA

**LEAVE BALANCE AS OF:** 05/13/26

| DESCRIPTION | BALANCE AVAILABLE HH:MM | DESCRIPTION | BALANCE AVAILABLE HH:MM |
|---|---|---|---|
| UNAUTH.ABS | 0 0 0 | 2020 HOL | 4 0 0 |
| AW OP BAL | 0 0 0 | SELF SICK | 0 0 0 |
| CAR TOTAL | - 20 0 0 | MED CERT | 0 0 0 |

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve screen in EIS. Data is based on Pay Stub printing date

MESSAGES

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

OTHER ITEMIZED DEDUCTIONS OTHER ITEMIZED DEDUCTIONS

Pay stub printed on 05/13/26

REVISED 5/99

**The City of New York** — **EMPLOYEE DIRECT DEPOSIT PAY STATEMENT** — **Payroll Management System**

| ITEM # | PAY PERIOD | | PAYDATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| | 04/01/26 | 04/15/26 | 04/15/26 | 742 | | Z88457236 | 31R028 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | FEDERAL MS | FEDERAL EXEMPT | STATE MS | STATE EXEMPT | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|---|---|
| 979963 | XXXXX0021 | 1 | A | 1 | A | 1 | 1565880 | | MARTINEZ, DONNA |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 4,225.75 | 547.71 | 262.00 | 61.27 | 204.99 | | | 1,389.65 |
| YEAR TO DATE | 28,833.88 | 3,679.21 | 1,787.70 | 418.09 | 1,391.71 | 0.00 | | NET PAY 2,836.10 |

EARNINGS DATA

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD |
|---|---|---|---|---|
| RECURRING GROS | | | | 4,225.75 |

LEAVE BALANCE AS OF: 05/13/26

| DESCRIPTION | BALANCE AVAILABLE HH:MM | DESCRIPTION | BALANCE AVAILABLE HH:MM |
|---|---|---|---|
| UNAUTH.ABS | 0 00 | 2020 HOL | 4 00 |
| AW OP BAL | 0 00 | SELF SICK | 0 00 |
| CAR TOTAL | -20 00 | MED CERT | 0 00 |

MESSAGES

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve screen in EIS. Data is based on Pay Stub printing date

OTHER ITEMIZED DEDUCTIONS

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRS 414H STD | -242.98 | | | UFT | -70.70 | | |

Pay stub printed on 05/13/26

REVISED 5/99

**The City of New York** — **EMPLOYEE DIRECT DEPOSIT PAY STATEMENT** — **Payroll Management System**

| ITEM # | PAY PERIOD | | PAYDATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| | 04/16/26 | 04/30/26 | 04/30/26 | 742 | | Z88648600 | 31R028 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | FEDERAL MS | FEDERAL EXEMPT | STATE MS | STATE EXEMPT | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|---|---|
| 979963 | XXXXX0021 | 1 | A | 1 | A | 1 | 1565880 | | MARTINEZ, DONNA |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2,856.20 | 260.82 | 177.08 | 41.42 | 128.48 | | | 855.99 |
| YEAR TO DATE | 31,690.08 | 3,940.03 | 1,964.78 | 459.51 | 1,520.19 | 0.00 | | NET PAY |
| | | | | | | | | 2,000.21 |

EARNINGS DATA

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD |
|---|---|---|---|---|
| RECURRING GROS | | | | 4,225.75 |
| AWOP TIME | | | | -1,369.55 |

MESSAGES

LEAVE BALANCE AS OF: 05/13/26

| DESCRIPTION | BALANCE AVAILABLE HH:MM | DESCRIPTION | BALANCE AVAILABLE HH:MM |
|---|---|---|---|
| UNAUTH.ABS | 0 0 0 | 2020 HOL | 4 0 0 |
| AW OP BAL | 0 0 0 | SELF SICK | 0 0 0 |
| CAR TOTAL | - 20 0 0 | MED CERT | 0 0 0 |

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve screen in EIS. Data is based on Pay Stub printing date

OTHER ITEMIZED DEDUCTIONS

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRS 414H STD | -164.23 | | | UFT | -70.70 | | |
| TRS 414H ARR | -13.26 | | | | | | |

Pay stub printed on 05/13/26

REVISED 5/99

**The City of New York** — **EMPLOYEE DIRECT DEPOSIT PAY STATEMENT** — **Payroll Management System**

| ITEM # | PAY PERIOD | | PAYDATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| | 03/01/26 | 03/15/26 | 03/16/26 | 742 | | Z88068024 | 31R028 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | FEDERAL MS | FEDERAL EXEMPT | STATE MS | STATE EXEMPT | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|---|---|
| 979963 | XXXXX0021 | 1 | A | 1 | A | 1 | 1565880 | | MARTINEZ, DONNA |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 4,225.75 | 547.71 | 262.00 | 61.28 | 204.99 | | | 1,389.66 |
| YEAR TO DATE | 21,058.50 | 2,723.98 | 1,305.63 | 305.35 | 1,020.80 | 0.00 | | NET PAY 2,836.09 |

EARNINGS DATA

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD |
|---|---|---|---|---|
| RECURRING GROS | | | | 4,225.75 |

LEAVE BALANCE AS OF: 05/13/26

| DESCRIPTION | BALANCE AVAILABLE HH:MM | DESCRIPTION | BALANCE AVAILABLE HH:MM |
|---|---|---|---|
| UNAUTH.ABS | 0 0 0 | 2020 HOL | 4 0 0 |
| AW OP BAL | 0 0 0 | SELF SICK | 0 0 0 |
| CAR TOTAL | - 20 0 0 | MED CERT | 0 0 0 |

MESSAGES

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve screen in EIS. Data is based on Pay Stub printing date

OTHER ITEMIZED DEDUCTIONS

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRS 414H STD | -242.98 | | | UFT | -70.70 | | |

Pay stub printed on 05/13/26

REVISED 5/99

**The City of New York** — **EMPLOYEE DIRECT DEPOSIT PAY STATEMENT** — **Payroll Management System**

| ITEM # | PAY PERIOD | | PAYDATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| | 03/16/26 | 03/31/26 | 03/31/26 | 742 | | Z88269074 | 31R028 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | FEDERAL MS | FEDERAL EXEMPT | STATE MS | STATE EXEMPT | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|---|---|
| 979963 | XXXXX0021 | 1 | A | 1 | A | 1 | 1565880 | | MARTINEZ, DONNA |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 3,549.63 | 407.52 | 220.07 | 51.47 | 165.92 | | | 1,119.78 |
| YEAR TO DATE | 24,608.13 | 3,131.50 | 1,525.70 | 356.82 | 1,186.72 | 0.00 | | NET PAY 2,429.85 |

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOUR | AMT. EARNED THIS PERIOD |
|---|---|---|---|---|
| RECURRING GROS | | | | 4,225.75 |
| AWOP TIME | | | | -676.12 |

LEAVE BALANCE AS OF: 05/13/26

| DESCRIPTION | BALANCE AVAILABLE HH:MM | DESCRIPTION | BALANCE AVAILABLE HH:MM |
|---|---|---|---|
| UNAUTH.ABS | 0 0 0 | 2020 HOL | 4 0 0 |
| AW OP BAL | 0 0 0 | SELF SICK | 0 0 0 |
| CAR TOTAL | - 20 0 0 | MED CERT | 0 0 0 |

Note: Leave Balances are based on the most current data from the Cummulative Absence Reserve screen in EIS. Data is based on Pay Stub printing date

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRS 414H STD | -204.10 | | | UFT | -70.70 | | |

Pay stub printed on 05/13/26

**Personal Earning Statement**

**B Well Home Care Agency**
2104 Avenue X
Brooklyn, NY 11235
(718) 280-7818

| Empl# | SS# | Department | Clock No. |
|---|---|---|---|
| 1804 | XXX XX[redacted] | 100 | |

**DONNA MARTINEZ**
9 Mallow Ln 30A
LEVITTOWN, PA 19054

Pay Period: From: 04/26/2026 To: 05/02/2026
Pay Date: 05/08/2026 Voucher No 52052

| Earnings | Memo | Date | Time In | Time Out | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| HOURLY | EFIM GUBERMAN | 04/26/2026 | 09:00:00 AM | 01:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/27/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/28/2026 | 04:01:00 PM | 08:01:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/29/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/30/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 05/01/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 05/02/2026 | 09:00:00 AM | 01:00:00 PM | 22.50 | 4.00 | 90.00 |

| | | | |
|---|---|---|---|
| **Total Current Hours** | **28.00** | **Total Current Amount** | **$630.00** |
| **Total YTD Hours** | **532.00** | **Total YTD Amount** | **$11,970.00** |

| Taxes | Exemptions | Additional | Amount | YTD |
|---|---|---|---|---|
| Social Sec. | | | 39.06 | 742.14 |
| Medicare | | | 9.14 | 173.66 |
| Federal | Married - 0 | | 0.00 | 0.00 |
| NY State | Married - 1 | | 21.56 | 404.78 |
| NY Paid Leave | | | 2.72 | 51.68 |
| NY Disability | | | 0.60 | 11.25 |
| | **Total Taxes** | | **73.08** | **1,383.51** |

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| Unpaid Sick | 32.00 | 0.00 | 0.00 | 32.00 |
| Sick | 40.00 | 0.00 | 0.00 | 40.00 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | 021000021 | XXXXX5552 | 556.92 |
| | **Total Direct Deposit** | | **556.92** |

| | |
|---|---|
| **Net Pay** | **$556.92** |

THIS IS NOT A CHECK

**THIS IS NOT A CHECK**

**B Well Home Care Agency**
2104 Avenue X
Brooklyn, NY 11235
(718) 280-7818

## Personal Earning Statement

| Empl# | SS# | Department | Clock No. |
|---|---|---|---|
| 1804 | XXX XX[redacted] | 100 | |

**DONNA MARTINEZ**
9 Mallow Ln 30A
LEVITTOWN, PA 19054

Pay Period: From: 03/22/2026 To: 03/28/2026
Pay Date: 04/03/2026 Voucher No 49661

| Earnings | Memo | Date | Time In | Time Out | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| OLD HOURLY | EFIM GUBERMAN | 03/16/2026 | 04:01:00 PM | 08:01:00 PM | 22.50 | 4.00 | 90.00 |
| OLD HOURLY | EFIM GUBERMAN | 03/17/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| OLD HOURLY | EFIM GUBERMAN | 03/18/2026 | 04:01:00 PM | 08:01:00 PM | 22.50 | 4.00 | 90.00 |
| OLD HOURLY | EFIM GUBERMAN | 03/19/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| OLD HOURLY | EFIM GUBERMAN | 03/20/2026 | 04:03:00 PM | 08:03:00 PM | 22.50 | 4.00 | 90.00 |
| OLD HOURLY | EFIM GUBERMAN | 03/21/2026 | 09:03:00 AM | 01:03:00 PM | 22.50 | 4.00 | 90.00 |

| | | | |
|---|---|---|---|
| **Total Current Hours** | **24.00** | **Total Current Amount** | **$540.00** |
| **Total YTD Hours** | **392.00** | **Total YTD Amount** | **$8,820.00** |

| Taxes | Exemptions | Additional | Amount | YTD |
|---|---|---|---|---|
| Social Sec. | | | 33.48 | 546.84 |
| Medicare | | | 7.83 | 127.96 |
| Federal | Married - 0 | | 0.00 | 0.00 |
| NY State | Married - 1 | | 16.70 | 296.98 |
| NY Paid Leave | | | 2.33 | 38.08 |
| NY Disability | | | 0.00 | 8.25 |
| | **Total Taxes** | | **60.34** | **1,018.11** |

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| Unpaid Sick | 32.00 | 0.00 | 0.00 | 32.00 |
| Sick | 40.00 | 0.00 | 0.00 | 40.00 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | 021000021 | XXXXX5552 | 479.66 |
| | **Total Direct Deposit** | | **479.66** |

| | |
|---|---|
| **Net Pay** | **$479.66** |

**THIS IS NOT A CHECK**

THIS IS NOT A CHECK

## Personal Earning Statement

**B Well Home Care Agency**
2104 Avenue X
Brooklyn, NY 11235
(718) 280-7818

| Empl# | SS# | Department | Clock No. |
|---|---|---|---|
| 1804 | XXX XX[redacted] | 100 | |

**DONNA MARTINEZ**
9 Mallow Ln 30A
LEVITTOWN, PA 19054

Pay Period: From: 03/29/2026 To: 04/04/2026
Pay Date: 04/10/2026 Voucher No 50139

| Earnings | Memo | Date | Time In | Time Out | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| HOURLY | EFIM GUBERMAN | 03/29/2026 | 09:00:00 AM | 01:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 03/30/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 03/31/2026 | 04:03:00 PM | 08:03:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/01/2026 | 04:02:00 PM | 08:02:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/02/2026 | 03:57:00 PM | 07:57:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/03/2026 | 04:01:00 PM | 08:01:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/04/2026 | 09:00:00 AM | 01:00:00 PM | 22.50 | 4.00 | 90.00 |

| | | | |
|---|---|---|---|
| **Total Current Hours** | **28.00** | **Total Current Amount** | **$630.00** |
| **Total YTD Hours** | **420.00** | **Total YTD Amount** | **$9,450.00** |

| Taxes | Exemptions | Additional | Amount | YTD |
|---|---|---|---|---|
| Social Sec. | | | 39.06 | 585.90 |
| Medicare | | | 9.14 | 137.10 |
| Federal | Married - 0 | | 0.00 | 0.00 |
| NY State | Married - 1 | | 21.56 | 318.54 |
| NY Paid Leave | | | 2.72 | 40.80 |
| NY Disability | | | 0.60 | 8.85 |
| | **Total Taxes** | | **73.08** | **1,091.19** |

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| Unpaid Sick | 32.00 | 0.00 | 0.00 | 32.00 |
| Sick | 40.00 | 0.00 | 0.00 | 40.00 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | 021000021 | XXXXX5552 | 556.92 |
| | **Total Direct Deposit** | | **556.92** |

**Net Pay** **$556.92**

**THIS IS NOT A CHECK**

THIS IS NOT A CHECK

## Personal Earning Statement

**B Well Home Care Agency**
2104 Avenue X
Brooklyn, NY 11235
(718) 280-7818

| Empl# | SS# | Department | Clock No. |
|---|---|---|---|
| 1804 | XXX XX[redacted] | 100 | |

**DONNA MARTINEZ**
9 Mallow Ln 30A
LEVITTOWN, PA 19054

Pay Period: From: 04/05/2026 To: 04/11/2026
Pay Date: 04/17/2026 Voucher No 50619

| Earnings | Memo | Date | Time In | Time Out | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| HOURLY | EFIM GUBERMAN | 04/05/2026 | 12:01:00 PM | 04:01:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/06/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/07/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/08/2026 | 04:01:00 PM | 08:01:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/09/2026 | 04:01:00 PM | 08:01:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/10/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/11/2026 | 09:00:00 AM | 01:00:00 PM | 22.50 | 4.00 | 90.00 |

| | | | |
|---|---|---|---|
| **Total Current Hours** | **28.00** | **Total Current Amount** | **$630.00** |
| **Total YTD Hours** | **448.00** | **Total YTD Amount** | **$10,080.00** |

| Taxes | Exemptions | Additional | Amount | YTD |
|---|---|---|---|---|
| Social Sec. | | | 39.06 | 624.96 |
| Medicare | | | 9.14 | 146.24 |
| Federal | Married - 0 | | 0.00 | 0.00 |
| NY State | Married - 1 | | 21.56 | 340.10 |
| NY Paid Leave | | | 2.72 | 43.52 |
| NY Disability | | | 0.60 | 9.45 |
| | **Total Taxes** | | **73.08** | **1,164.27** |

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| Unpaid Sick | 32.00 | 0.00 | 0.00 | 32.00 |
| Sick | 40.00 | 0.00 | 0.00 | 40.00 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | 021000021 | XXXXX5552 | 556.92 |
| | **Total Direct Deposit** | | **556.92** |

| | |
|---|---|
| **Net Pay** | **$556.92** |

**THIS IS NOT A CHECK**

THIS IS NOT A CHECK

# Personal Earning Statement

**B Well Home Care Agency**
2104 Avenue X
Brooklyn, NY 11235
(718) 280-7818

| Empl# | SS# | Department |
|---|---|---|
| 1804 | XXX XX[redacted] | 100 [redacted] |

**DONNA MARTINEZ**
9 Mallow Ln 30A
LEVITTOWN, PA 19054

Pay Period: From: 04/12/2026 To: 04/18/2026
Pay Date: 04/24/2026 Voucher No 51095

| Earnings | Memo | Date | Time In | Time Out | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| HOURLY | EFIM GUBERMAN | 04/12/2026 | 09:00:00 AM | 01:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/13/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/14/2026 | 04:02:00 PM | 08:02:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/15/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/16/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/17/2026 | 04:04:00 PM | 08:04:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/18/2026 | 09:01:00 AM | 01:01:00 PM | 22.50 | 4.00 | 90.00 |

| | | | |
|---|---|---|---|
| **Total Current Hours** | **28.00** | **Total Current Amount** | **$630.00** |
| **Total YTD Hours** | **476.00** | **Total YTD Amount** | **$10,710.00** |

| Taxes | Exemptions | Additional | Amount | YTD |
|---|---|---|---|---|
| Social Sec. | | | 39.06 | 664.02 |
| Medicare | | | 9.14 | 155.38 |
| Federal | Married - 0 | | 0.00 | 0.00 |
| NY State | Married - 1 | | 21.56 | 361.66 |
| NY Paid Leave | | | 2.72 | 46.24 |
| NY Disability | | | 0.60 | 10.05 |
| | **Total Taxes** | | **73.08** | **1,237.35** |

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| Unpaid Sick | 32.00 | 0.00 | 0.00 | 32.00 |
| Sick | 40.00 | 0.00 | 0.00 | 40.00 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | 021000021 | XXXXX5552 | 556.92 |
| | **Total Direct Deposit** | | **556.92** |

| | |
|---|---|
| **Net Pay** | **$556.92** |

THIS IS NOT A CHECK

THIS IS NOT A CHECK

## Personal Earning Statement

**B Well Home Care Agency**
2104 Avenue X
Brooklyn, NY 11235
(718) 280-7818

| Empl# | SS# | Department | Clock No. |
|---|---|---|---|
| 1804 | XXX XX[redacted] | 100 | |

**DONNA MARTINEZ**
9 Mallow Ln 30A
LEVITTOWN, PA 19054

Pay Period: From: 04/19/2026 To: 04/25/2026
Pay Date: 05/01/2026 Voucher No 51572

| Earnings | Memo | Date | Time In | Time Out | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| HOURLY | EFIM GUBERMAN | 04/19/2026 | 09:04:00 AM | 01:04:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/20/2026 | 04:03:00 PM | 08:03:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/21/2026 | 04:05:00 PM | 08:05:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/22/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/23/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/24/2026 | 04:00:00 PM | 08:00:00 PM | 22.50 | 4.00 | 90.00 |
| HOURLY | EFIM GUBERMAN | 04/25/2026 | 09:00:00 AM | 01:00:00 PM | 22.50 | 4.00 | 90.00 |

| | | | |
|---|---|---|---|
| **Total Current Hours** | **28.00** | **Total Current Amount** | **$630.00** |
| **Total YTD Hours** | **504.00** | **Total YTD Amount** | **$11,340.00** |

| Taxes | Exemptions | Additional | Amount | YTD |
|---|---|---|---|---|
| Social Sec. | | | 39.06 | 703.08 |
| Medicare | | | 9.14 | 164.52 |
| Federal | Married - 0 | | 0.00 | 0.00 |
| NY State | Married - 1 | | 21.56 | 383.22 |
| NY Paid Leave | | | 2.72 | 48.96 |
| NY Disability | | | 0.60 | 10.65 |
| | **Total Taxes** | | **73.08** | **1,310.43** |

| Accruals | Beginning Balance | Earned This Period | Used This Period | Ending Balance |
|---|---|---|---|---|
| Unpaid Sick | 32.00 | 0.00 | 0.00 | 32.00 |
| Sick | 40.00 | 0.00 | 0.00 | 40.00 |

| Direct Deposits | ABA No. | Account No. | Amount |
|---|---|---|---|
| | 021000021 | XXXXX5552 | 556.92 |
| | **Total Direct Deposit** | | **556.92** |

| | |
|---|---|
| **Net Pay** | **$556.92** |

**THIS IS NOT A CHECK**

THIS IS NOT A CHECK